IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAN TU TRINH,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| CITIZEN BUSINESS BANKING AND<br>VANESSA M. BARBETTI,<br>　　　　Defendants. | NO. 18-1662 |

FILED
MAY 29 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

**O R D E R**

**AND NOW**, this 29th day of May, 2019, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 19), further briefing in support thereof (ECF No. 22), and Plaintiff's responses in opposition thereto (ECF Nos. 21, 23), **IT IS ORDERED** that the Motion is **GRANTED** and the case is **DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.